# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

KRISTIN M. MANNING
                Plaintiff

vs.                            **CASE NUMBER:** 5:09-CV-88 (FJS/VEB)

COMMISSIONER OF SOCIAL SECURITY, Michael J. Astrue
                Defendant

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is adopted in its entirety, plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED and this matter is REMANDED to the Commissioner pursuant to sentence four of 42 USC section 405(g) for further administrative proceedings. Plaintiff's motion for attorney's fees is GRANTED in the amount of $7,487.34.

All of the above pursuant to the orders of the Honorable Judge Frederick J. Scullin, Jr., dated 6/1/2010 and 12/29/2011.

DATED: December 29, 2011

                                                            Clerk of Court

                                                            s/

                                                            Joanne Bleskoski
                                                            Deputy Clerk